United States District Court
Southern District of Texas
**ENTERED**
July 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DIANE OMER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | C.A. No. 4:22-CV-1285 |
| | § | |
| **LIFE INSURANCE COMPANY OF** | § | |
| **NORTH AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Diane Omer to dismiss all claims against Defendant Life Insurance Company of North America, with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Diane Omer's Motion to Dismiss all claims against Defendant Life Insurance Company of North America, with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

SIGNED this 21st day of July, 2022.

_____
**UNITED STATES DISTRICT JUDGE**